IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DANNY LEWIS                                                                                                      PLAINTIFF
ADC #86528

V.                                    NO: 4:12CV00208 JMM/HDY

DOC HOLLADAY *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendant Barbara Hamilton (docket entry #34) is GRANTED, Plaintiff's claims against her are DISMISSED WITHOUT PREJUDICE, and Hamilton's name is removed as a party Defendant.

DATED this 2nd day of January, 2013.

UNITED STATES DISTRICT JUDGE