# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

DANNY LEWIS                                                                                              PLAINTIFF
ADC #86528

V.                                      NO: 4:12CV00208 JMM

DOC HOLLADAY *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      The motion for summary judgment filed by Defendants Doc Holladay and Sarah Speer (docket entry #55) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of April, 2013.

*[signature]*
UNITED STATES DISTRICT JUDGE