**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DANNY LEWIS                                                                                    PLAINTIFF
ADC #86528

V.                                          NO: 4:12CV00208 JMM

DOC HOLLADAY *et al.*                                                                 DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted
by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful
consideration, the Court concludes that the Proposed Findings and Recommended Disposition
should be, and hereby are, approved and adopted in their entirety as this Court's findings in all
respects.

IT IS THEREFORE ORDERED THAT:

1.      The motion for summary judgment filed by Defendants Doc Holladay and Sarah
Speer (docket entry #55) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT
PREJUDICE.

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and
judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE