**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DANNY LEWIS                                                                          PLAINTIFF
ADC #86528

V.                                          NO: 4:12CV00208 JMM

DOC HOLLADAY *et al.*                                                         DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal

taken from the order and judgment dismissing this action is considered frivolous and not in good

faith.

DATED this 26th day of April, 2013.

_____
UNITED STATES DISTRICT
JUDGE